*195
 
 PER CURIAM.
 

 The trial court’s order denying appellant’s Florida Rule of Criminal Procedure 3.800(a) motion to correct illegal sentence is reversed. Under section 948.03(5), Florida Statutes (1993), the one-year term of incarceration is illegal as a period of incarceration imposed as a condition of community control “shall not exceed 364 days.” The illegal sentence in this case is not moot.
 
 See
 
 8 U.S.C. § 1101(a)(43)(F); 8 U.S.C. § 1101(a)(43)(G). The trial court shall correct the community control and probation orders accordingly.
 

 Reversed and Remanded.
 

 STEVENSON, DAMOORGIAN and GERBER, JJ., concur.